IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 05-00301-01-CR-W-GAF |
| KIMBERLY ANN FOX, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On November 7, 2005, Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by Trent H. Evans, Ph.D., a forensic psychologist. It is the opinion of Dr. Evans that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on February 9, 2006, Defendant and the government stipulated to the report of Dr. Evans. Defendant also waived the ten-day objection period to Judge Larsen's Report and Recommendation.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket commencing March 20, 2006 . It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between November 7, 2005, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

        /s/ Gary A. Fenner  
        GARY A. FENNER, JUDGE  
        United States District Court

DATED: February 13, 2006